# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

HECK INDUSTRIES, INC.

VERSUS

KENNETH L. DIXON

NO. 2020 CW 1101

**DECEMBER 30, 2020**

---

In Re: Kenneth L. Dixon, applying for supervisory writs, Zachary City Court, Parish of East Baton Rouge, No. 2020-00158.

---

**BEFORE: GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT TRANSFERRED.** This court declines to exercise its supervisory jurisdiction in this matter; we defer to the concurrent supervisory jurisdiction of the Nineteenth Judicial District Court. La. Const. art. V, § 10; La. Code Civ. P. art. 5001; **Green v. Winn-Dixie Louisiana, Inc.**, 2003-0947 (La. App. 1st Cir. 8/15/03), 859 So.2d 153, 154-55 (per curiam). This writ application is transferred to the Nineteenth Judicial District Court.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT